DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT DANA RIZZI,**
Appellant,

v.

**ALESSANDRA AFONSO DA CUNHA,**
Appellee.

No. 4D2024-2242

[April 2, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen Marjorie Miller, Judge; L.T. Case No. 502021DR004797.

Troy Klein, West Palm Beach, for appellant.

Christopher R. Jette of Nason, Yeager, Gerson, Harris & Fumero, P.A., Palm Beach Gardens, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and CONNER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***